**FORM 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| **SANDHYA AQUA EXPORTS PRIVATE LIMITED,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | SUMMONS  Court No. 26-01706 |
| **UNITED STATES,** ) ) ) | |
| Defendant. ) ) | |

**TO:**   The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Gina Justice
Clerk of the Court

1. Sandhya Aqua Exports Private Limited ("Sandhya") participated as a mandatory respondent in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination.  Sandhya was an interested party within the meaning of 19 U.S.C. § 1677(9)(A).  Accordingly, Sandhya has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of Commerce's final determination in the antidumping duty review of Frozen Warmwater Shrimp from India.  *See Certain Frozen Warmwater Shrimp From India: Final Results of Antidumping Duty Administrative Review; 2023-2024*, 91 Fed. Reg. 5,717 (Dept. Comm., Feb. 9, 2026) ("*Final Results*").

    This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the *Final Results*, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).
(Brief description of contested determination)

3. Commerce published  its *Final Results* in the Federal Register on February 9, 2026.
(Date of determination)

4. <u>Commerce published its *Final Results* in the Federal Register on February 9, 2026.</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

        Respectfully submitted by:

        Henry D. Almond
        J. David Park
        Lynn Fischer Fox
        Kang Woo Lee
        Archana Rao P. Vasa
        Sally Alghazali
        Jennifer Farrin

*Counsel to Sandhya Aqua Exports Private Limited*
*Plaintiff*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001
Phone: (202) 942-5646
Fax: (202) 942-5999
E-mail: henry.almond@arnoldporter.com

<u>/s/ Henry D. Almond</u>
Signature of Plaintiff's Attorney

<u>March 11, 2026</u>
Date

## **SERVICE OF SUMMONS BY THE CLERK**

**Sandhya Aqua Exports Private Limited v. United States**
**CIT Court No. 26-01706**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## **CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES**

**Sandhya Aqua Exports Private Limited v. United States**
**CIT Court No. 26-01706**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, Henry D. Almond, hereby certify that on March 11, 2026, I caused the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 to be served by certified mail, return receipt requested, and notified all interested parties who were a party to the proceeding below as follows:

**On Behalf of AHSTAC:**
Nathaniel Rickard, Esq.
Picard Kentz & Rowe LLP
1155 Connecticut Ave., Suite 700
Washington, D.C. 200036
nrickard@pkrllp.com

**On Behalf of Ananda Group, et. al.:**
Robert LaFrankie, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
rlafrankie@crowell.com

**On Behalf of American Shrimp Processors Association et. al.:**
Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW, Suite 500
Washington, DC 20001
rschagrin@schagrinassociates.com

**On Behalf of Devi Fisheries Limited:**
Venkata Viswanadh Theegala
Devi Fisheries Limited
6-21-7 East Point Colony
Visakhapatnam 530017, India
cfo.viswanadh@devifisheries.com

**On Behalf of U.S. Shrimpers Coalition:**
Adam Henry Gordon, Esq.
The Bristol Group PLLC
1707 L Street, NW, Suite 1050
Washington, D.C. 20036
adam.gordon@bristolgrouplaw.com

/s/ Henry D. Almond
Henry D. Almond
Arnold & Porter Kaye Scholer LLP

# CERTIFICATE OF SERVICE

**Sandhya Aqua Exports Private Limited v. United States**
**CIT Court No. 26-01706**

I, Henry D. Almond, of the law firm of Arnold & Porter Kaye Scholer LLP, hereby certify that on March 11, 2026, I caused copies of the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 by to be served by certified mail, return receipt requested:

**Upon the United States:**
Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

**Upon the Department of Commerce:**
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitutional Ave., NW
Washington DC 20230

/s/ Henry D. Almond
Henry D. Almond
Arnold & Porter Kaye Scholer LLP