**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

|  |  |  |
|---|---|---|
| SANDHYA AQUA EXPORTS PRIVATE LIMITED, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Court No. 26-1706 |
| UNITED STATES, | ) ) ) | |
| Defendant, | ) ) ) | |
| and | ) ) ) | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE, and AMERICAN SHRIMP PROCESSORS ASSOCIATION, | ) ) ) ) | |
| Defendant-Intervenors. | ) ) ) | |
| DEVI FISHERIES LIMITED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Court No. 26-1713 |
| UNITED STATES, | ) ) ) | |
| Defendant, | ) ) ) | |
| and | ) ) ) | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE, and AMERICAN SHRIMP PROCESSORS ASSOCIATION, | ) ) ) ) | |
| Defendant-Intervenors. | ) ) ) | |

**<u>ORDER</u>**

Upon consideration of defendant's consent motion to consolidate, and upon all other papers and proceedings herein; it is hereby

ORDERED that the motion to consolidate is granted; and it is further ordered that *Devi Fisheries Limited v. United States*, Court No. 26-1713 is consolidated under the lead case, *Sandhya Aqua Exports Private Limited v. United States*, Consol. Court No. 26-1706.

DATED:  May 6_____, 2026        /s/_____Jane A. Restani_____
        New York, New York                        JUDGE