Form 24-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 24**

Sandhya Aqua Exports Private Limited,

                                        Plaintiff,

                v.

United States,

                                        Defendant.

Court No.: 26-01706

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all

entries of merchandise identified below:

Sandhya Aqua Exports Private Limited's counsel certifies that they have conferred with all other
[NAME OF PARTY'S]

parties to the action, including Brendan Jordan                                    , counsel to the
                                [NAME OF GOVERNMENT ATTORNEY]

United States, and all parties to this action conveyed consent to the contents of this form.

                        Respectfully submitted,

By: /s/ Henry D. Almond                    05/11/2026
    Signature                              Date
    Attorney for Sandhya Aqua Exports Private Limited
                    [NAME OF PARTY]
    [(Insert Firm, Address, Telephone Number
    & E-mail Address)]

    Arnold & Porter Kaye Scholer LLP
    601 Massachusetts Ave. NW
    Washington, DC 20001
    202.942.5698
    henry.almond@arnoldporter.com

Form 24-2

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Frozen Warmwater Shrimp                                                                 ;
*[insert Product]*

from India                                                                              ;
*[insert Country]*

(1)     That were: (Add additional lines as needed)

☐ produced by _____
        [Company Name]

☐ exported by _____
        [Company Name]

☐ produced by _____ and
        [Company Name]

    exported by _____
        [Company Name]

☐ produced and exported by _____
        [Company Name]

☑ produced and/or exported by  Sandhya Aqua Exports Private Limited
        [Company Name]

☐ produced by _____ and
        [Company Name]

    imported by _____ ;
        [Company Name]

(2)     That were the subject of the United States Department of Commerce's final determination in  Certain Frozen Warmwater Shrimp From India: Final Results of Antidumping Duty Administrative Review; 2023-2024, 91 FR 5717 (Feb. 9, 2026)            ;
        *[insert title, volume, page and date of FR Notice]*

(3)     That were entered, or withdrawn from warehouse, for consumption, during the period February 1, 2023            through January 31, 2024            ;
        [Date]                                    [Date]

Form 24-3

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED:  May 11, 2026                              /s/     Jane A. Restani
        New York, New York                                Judge

(As added Sept.19, 2017, eff. Oct. 23, 2017; and amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023; Oct. 23, 2025, eff. Dec. 1, 2025.)