## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE JANE A. RESTANI

|  |  |  |
|---|---|---|
| SANDHYA AQUA EXPORTS PRIVATE LIMITED, | ) | |
| Plaintiff, | ) | |
| and | ) | |
| DEVI FISHERIES LIMITED | ) | |
| Consolidated Plaintiff, | ) | |
| v. | ) | Consol. Court No: 26-01706 |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE and the AMERICAN SHRIMP PROCESSORS ASSOCIATION | ) | |
| Defendant-Intervenors. | ) | |

### ORDER

Upon consideration of the Consent Motion to Intervene as of Right filed by Accelerated Freeze Drying Co. Ltd., Ananda Enterprises (India) Private Limited, Ananda Group[1], Apex Frozen Foods Limited, Avanti Frozen Foods Private Limited, Falcon Marine Exports Limited, Nekkanti Sea Foods Limited, and Sagar Grandhi Exports (P) Ltd, (collectively, "Indian Producers"), it is hereby:

**ORDERED** that the Motion to Intervene is granted; and it is further

---

[1] The Ananda Group is comprised of Ananda Foods, Ananda Aqua Exports Pvt Ltd, and Ananda Aqua Applications.

1

2

**ORDERED** that the above-listed Indian Producers may participate in the above-captioned action as Plaintiff-Intervenors.

**SO ORDERED**


**Dated:** _____
    **New York, NY**                                   _____
                                                               Judge