## <u>CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES</u>

***Sandhya Aqua Exports Private Limited v. United States***
**CIT Consol. Court No. 26-01706**

   I hereby certify that, on this day, copies of the following submissions were served upon the following parties via certified mail, return receipt requested at the following addresses:

**Notice of Appearance (Form 11), Disclosure of Corporate Affiliations and Financial Interest (Form 13), Motion to Intervene, Proposed Order to Intervene**

| <u>On Behalf of AHSTAC:</u> | <u>On Behalf of American Shrimp Processors Association et. al.</u>: |
|---|---|
| Nathaniel Rickard, Esq. | Roger B. Schagrin, Esq. |
| Picard Kentz & Rowe LLP | Schagrin Associates |
| 1155 Connecticut Ave., Suite 700 | 900 7th Street, NW, Suite 500 |
| Washington, D.C. 200036 | Washington, DC 20001 |
| nrickard@pkrllp.com | rschagrin@schagrinassociates.com |

| <u>On Behalf Of the United States:</u> | <u>On Behalf Of the Department of Commerce</u>: |
|---|---|
| Attorney-In-Charge | General Counsel |
| International Trade Field Office | U.S. Department of Commerce |
| Commercial Litigation Branch | Mail Stop 5875 HCHB |
| U.S. Department of Justice | 14th Street & Constitution Avenue, NW |
| 26 Federal Plaza | Washington, DC 20230 |
| New York, NY 10278-0001 | |
| | Chief Counsel |
| Attorney-In-Charge | Office of the Chief Counsel for Trade Enforcement and Compliance |
| Commercial Litigation Branch | International Trade Administration |
| Civil Division | U.S. Department of Commerce |
| U.S. Department of Justice | 1401 Constitution Ave., NW |
| 1100 L Street, NW, Room 12124 | Washington DC 20230 |
| Washington, DC 20530 | |

        /s/ Henry D. Almond
        Henry D. Almond
        Arnold & Porter Kaye Scholer LLP