**FORM 11**

## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE JANE A. RESTANI

|  |  |  |
|---|---|---|
| SANDHYA AQUA EXPORTS PRIVATE LIMITED, | ) | |
| Plaintiff, | ) | |
| and | ) | |
| DEVI FISHERIES LIMITED | ) | |
| Consolidated Plaintiff, | ) | |
| v. | ) | Consol. Court No: 26-01706 |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE and the AMERICAN SHRIMP PROCESSORS ASSOCIATION | ) | |
| Defendant-Intervenors. | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the rules of the United States Court of International Trade, the undersigned appear as attorneys for Plaintiff-Intervenors, Accelerated Freeze Drying Co. Ltd., Ananda Enterprises (India) Private Limited, Ananda Group, Apex Frozen Foods Limited, Avanti Frozen Foods Private Limited, Falcon Marine Exports Limited, Nekkanti Sea Foods Limited, and Sagar Grandhi Exports (P) Ltd, in this action and request that all papers be served on them.

1

The individual attorney in the undersigned firm who is responsible for the litigation is

Henry D. Almond.

Respectfully submitted,

*/s/ Henry D. Almond*     Dated: May 11, 2026
Henry D. Almond
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.5698
EMAIL: Henry.Almond@arnoldporter.com

*/s/ J. David Park*     Dated: May 11, 2026
J. David Park
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.6630
EMAIL: David.Park@arnoldporter.com

*/s/ Lynn Fischer Fox*     Dated: May 11, 2026
Lynn Fischer Fox
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: 202.942.5601
EMAIL: Lynn.FischerFox@arnoldporter.com

*/s/ Kang Woo Lee*     Dated: May 11, 2026
Kang Woo Lee
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.6630
EMAIL: KangWoo.Lee@arnoldporter.com

*/s/ Archana Rao P. Vasa*     Dated: May 11, 2026
Archana Rao P. Vasa
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.6630
EMAIL: Archana.Vasa@arnoldporter.com

*/s/ Sally Alghazali*                      Dated: <u>May 11, 2026</u>
Sally Alghazali*
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.6630
EMAIL: Sally.Alghazali@arnoldporter.com

*/s/ Jennifer Farrin*                    Dated: <u>May 11, 2026</u>
Jennifer Farrin
ARNOLD & PORTER KAYE SCHOLER LLP
601 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C. 20001
PHONE: +1 202.942.6630
EMAIL: Ellie.Farrin@arnoldporter.com