**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Henry D. Almond, Arnold & Porter Kaye Scholer LLP</u>

(Name of attorney of record)

on behalf of <u>Avanti Frozen Foods Private Limited</u> in the

matter of <u>Sandhya Aqua Exports Private Limited</u>    v. <u>United States</u> ,

Court No. <u>26-01706</u> .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

<u>Avanti Frozen Foods Private Limited is a subsidiary of Avanti Feeds Limited, a publicly traded company. Avanti Frozen Foods</u>

<u>Private Limited does not have an ownership interest in any publicly-owned companies and does not have any</u>

<u>publicly-owned affiliates.</u>

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

<u>Not applicable.</u>

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

<u>Not applicable.</u>

<u>/s/ Henry D. Almond</u>                    <u>May 11, 2026</u>

Signature of Attorney                    Date

<u>Arnold & Porter Kaye Scholer LLP</u>

Firm

<u>601 Massachusetts Ave. NW</u>

Street Address

<u>Washington, D.C. 20001</u>

City, State and Zip Code

<u>(202) 942-5646</u>

Telephone Number

<u>henry.almond@arnolporter.com</u>

E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)