FORM 13

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Henry D. Almond, Arnold & Porter Kaye Scholer LLP

(Name of attorney of record)

on behalf of Falcon Marine Exports Limited in the matter of Sandhya Aqua Exports Private Limited v. United States,
Court No. 26-01706.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Falcon Marine Exports Limited is not a subsidiary of or owned by any other entity. Falcon Marine Exports

Limited does not have an ownership interest in any publicly-owned companies and does not have any

publicly-owned affiliates.

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not ☐ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not applicable.

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable.

/s/ Henry D. Almond

Signature of Attorney

Arnold & Porter Kaye Scholer LLP

Firm

601 Massachusetts Ave. NW

Street Address

Washington, D.C. 20001

City, State and Zip Code

(202) 942-5646

Telephone Number

henry.almond@arnolporter.com

E-mail Address

May 11, 2026

Date

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)