**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Henry D. Almond, Arnold & Porter Kaye Scholer LLP

(Name of attorney of record)

on behalf of Nekkanti Sea Foods Limited in the

matter of Sandhya Aqua Exports Private Limited v. United States ,

Court No. 26-01706 .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Nekkanti Sea Foods Limited is not a subsidiary of or owned by any other entity. Nekkanti Sea Foods Limited does not have an ownership interest in any publicly-owned companies and does not have any publicly-owned affiliates.

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

Not applicable.

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable.

/s/ Henry D. Almond
Signature of Attorney

May 11, 2026
Date

Arnold & Porter Kaye Scholer LLP
Firm

601 Massachusetts Ave. NW
Street Address

Washington, D.C. 20001
City, State and Zip Code

(202) 942-5646
Telephone Number

henry.almond@arnolporter.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)