UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JANE A. RESTANI

| | |
|---|---|
| SANDHYA AQUA EXPORTS PRIVATE LIMITED,<br><br>Plaintiff,<br><br>and<br><br>DEVI FISHERIES LIMITED,<br><br>Consolidated Plaintiffs,<br><br>and<br><br>ACCELERATED FREEZE DRYING CO. LTD, ET AL.,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE and the AMERICAN SHRIMP PROCESSORS ASSOCIATION<br><br>Defendant-Intervenors. | Consol. Court No: 26-01706 |

## ORDER

Upon consideration of the Notice of Dismissal and Consent Motion to Sever

Consolidated Case and Dissolve Statutory Injunction filed by Devi Fisheries Limited it is hereby:

**ORDERED** that in light of Devi Fisheries Limited's Notice of Voluntary Dismissal, *Devi*

*Fisheries Limited, v. United States*, Ct. No. 26-01713, having been voluntarily noticed for

dismissal by plaintiff Devi Fisheries Limited, is hereby dismissed; and it is further

1

2

**ORDERED** that *Devi Fisheries Limited, v. United States*, Ct. No. 26-01713, is severed from lead case *Sandhya Aqua Exports Private Limited v. United States*, Ct. No. 26-01706; and it is further

**ORDERED** that the Statutory Injunction Upon Consent enjoining liquidation of Devi Fisheries Limited's entries of subject merchandise entered at ECF No. 27 is hereby dissolved.

**SO ORDERED.**

**Dated:** June 18, 2026      /s/  Jane A. Restani
       **New York, NY**                    Judge Jane A. Restani