**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JANE A. RESTANI**

| | |
|---|---|
| **SANDHYA AQUA EXPORTS PRIVATE LIMITED,**<br><br>**Plaintiff,**<br><br>**and**<br><br>**ACCELERATED FREEZE DRYING CO. LTD, ET AL.,**<br><br>**Plaintiff-Intervenors,**<br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**AD HOC SHRIMP TRADE ACTION COMMITTEE and the AMERICAN SHRIMP PROCESSORS ASSOCIATION**<br><br>**Defendant-Intervenors.** | **Court No: 26-01706** |

**PROPOSED ORDER**

Upon consideration of Plaintiff-Intervenors Accelerated Freeze Drying Co. Ltd., Ananda Enterprises (India) Private Limited, Ananda Group, Apex Frozen Foods Limited, Avanti Frozen Foods Private Limited, Falcon Marine Exports Limited, Nekkanti Sea Foods Limited, and Sagar Grandhi Exports (P) Ltd, (collectively, "Plaintiff-Intervenors")'s Rule 56.2 Motion for Judgment Upon the Agency Record and the supporting Memorandum of Law, the responses thereto, and all other papers and proceedings in this action, it is hereby:

**ORDERED** that Plaintiff-Intervenors' Motion for Judgment Upon the Agency Record is granted; and it is further

**ORDERED** that the final results in the antidumping duty review of *Certain Frozen Warmwater Shrimp From India* conducted by the U.S. Department of Commerce ("Commerce"), *see Certain Frozen Warmwater Shrimp From India: Final Results of Antidumping Duty Administrative Review; 2023-2024*, 91 Fed. Reg. 5,717 (Dep't Commerce Feb. 9, 2026), are reversed and remanded for the agency to reconsider and revise its determination with respect to:

1. Commerce's application of its differential pricing methodology, including its use of the average-to-transaction method to all of Plaintiff Sandhya Aqua Exports Limited's U.S. sales under its new price difference test;

2. Commerce's assignment of surrogate costs to products Sandhya sold but did not produce; and

3. Commerce's decision not to deduct certain third-country expenses from the comparison market price.

__________________________
Date

__________________________
Jane A. Restani, Judge